# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                          CASE NO. 25-20100-DDC-ADM

**JORDAN C. DAVIS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ESCAPE FROM CUSTODY**
**[18 U.S.C. § 751(a)]**

On or about August 27, 2025, in the District of Kansas, the defendant,

**JORDAN C. DAVIS,**

knowingly escaped from the custody of the United States Bureau of Prisons, an authorized representative of the Attorney General, where he had been placed by virtue of his conviction in the United States District Court for the Western District

of Missouri, case number 4:14-CR-00348-01-CR-W-BCW, as reflected in the order filed on October 8, 2015.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

<u>December 17, 2025</u>   <u>/s/ Foreperson</u>
DATE   FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: <u>/s/ *David P. Zabel*</u>
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

**Count 1: 18 U.S.C. §§ 751(a)**
    **Escape from Custody**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 751(a).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).